**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 13 |
| Kyle David Hunt, | Case No. 20-11760-CMA |
| | ORDER DENYING MOTION FOR RELIEF FROM STAY |
| Debtor. | |

This matter came before the Court for hearing on December 3, 2020, on BSI Financial Services as the servicer for US Bank Trust National Association as Trustee of Cabana Series IV Trust, its successors and/or assignees' Motion for Relief from Stay [ECF No. 37]. The Court considered the motion, the records and files in this case, and the oral argument. For the reasons stated on the record that are incorporated by this reference, it is hereby

ORDERED that BSI Financial Services' Motion for Relief from Stay is DENIED as moot.

/// END OF ORDER ///

Order - 1